UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA DICKS, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

SERENA & LILY, INC.,

                Defendant.

22-CV-7213 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 2, 2022, the Court ordered the parties to meet and confer within 30 days, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

The parties shall submit their joint letter no later than November 8, 2022. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     November 1, 2022
             New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge