UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA DICKS, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

SERENA & LILY, INC.

    Defendant.

Case No. 1:22-cv-7213

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Forest Hills, New York
March 7, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**
By: Mars Khaimov, Esq.
108-26 64th avenue, Second Floor
Forest Hills, New York 11375
Tel (929) 324-0717
Fax (929) 333-7774
Email: mars@khaimovlaw.com
*Attorney for Plaintiff*